# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHI ORLANDO BRIONES,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DR. EXUM, *et al.*,<br><br>　　　　　　　Defendant(s). | Case No. 2:23-cv-00417-APG-DJA<br><br>**ORDER RE-SETTING INMATE EARLY MEDIATION** |

　　The Court previously issued an order establishing the requirements for the inmate early mediation in this case. ECF No. 9. That order continues to govern the inmate early mediation except as **MODIFIED** as follows:

- Due to unforeseen scheduling circumstances, the inmate early mediation will now commence at **8:30 a.m. on Friday, August 11, 2023**;

- The mediator will be **Kevin Kampschror**;

- All participants will attend the mediation by video conferencing;

- Mediation statements must be submitted by **Friday, July 28, 2023**;

- Defendants' counsel must email Summer Rivera at summer_rivera@nvd.uscourts.gov to provide the email addresses for each of the participants who will be appearing at the mediation for the defense **no later than 4:00 p.m. on Friday**; **July 28, 2023;**

　　**IT IS SO ORDERED.**

　　**DATED** this 21st day of July 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE