UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHI ORLANDO BRIONES,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>DR. EXUM, et al.,<br><br>　　　　　　Defendants | Case No. 2:23-cv-00417-APG-DJA<br><br>ORDER |

　　　At the inmate early mediation on August 11, 2023, the parties paused the mediation and agreed that more information was needed before proceeding with the mediation. (ECF No. 16). The Court extends the stay until Wednesday, October 18, 2023. On that day, the parties will submit a joint status report indicating whether the case is ready for mediation, the stay should be extended, and/or whether the parties have reached a settlement.

　　　It is therefore ordered that the stay is extended until October 18, 2023. The parties will file a joint status report on that date.

DATED this 22nd day of August 2023.

_____
UNITED STATES MAGISTRATE JUDGE