David J. Mortensen, Esq. (NBN 2547)
Courtney Christopher, Esq. (NBN 12717)
Jilliane A. Jackson, Esq. (NBN 15573)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Telephone:    (702) 385-2500
Facsimile:    (702) 385-2086
dmortensen@hutchlegal.com
cchristopher@hutchlegal.com
jjackson@hutchlegal.com
*Attorneys for Defendant
Wade Exum, M.D.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHI ORLANDO BRIONES,<br><br>          Plaintiff,<br><br>v.<br><br>DR. EXUM, et al,<br><br>          Defendants. | Case No. 2:23-cv-00417-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT WADE EXUM, M.D. WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by Plaintiff RICHI ORLANDO BRIONES, by and through his counsel of record, FEDERAL PUBLIC DEFENDERS and Defendant WADE EXUM, M.D. by and through his counsel of record the law firm of HUTCHISON & STEFFEN, PLLC, as follows:

1. That Defendant WADE EXUM, M.D. shall be dismissed, with prejudice, from the instant litigation in the United States District Court District of Nevada, Case No. 2:23-cv-00417-APG-DJA; and

2. That each party shall bear its own attorney's fees and costs.

. . .

10527-009                          1                          2:23-cv-00417-APG-DJA

*Briones v. Dr. Exum*
*Case No. 2:23-cv-00417-APG-DJA*
*SAO to Dismiss with Prejudice*

Counsel to this matter have agreed to the use of their e-signatures via email correspondence attached hereto.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 13th day of January 2025. | DATED this 13th day of January 2025. |
| FEDERAL PUBLIC DEFENDERS | HUTCHISON & STEFFEN, PLLC |
| */s/ Alicia Intriago* | */s/ Jilliane A. Jackson* |
| Rene L. Valladares (NBN 11479) | David J. Mortensen, Esq. (NBN 2547) |
| Alicia R. Intriago (NBN 16031C) | Courtney Christopher, Esq. (NBN 12717) |
| Lisa C. Brunner (NBN 16032C) | Jilliane A. Jackson, Esq. (NBN 15573) |
| 41 E. Bonneville Ave., Ste. 250 | Peccole Professional Park |
| Las Vegas, Nevada 89101 | 10080 West Alta Drive, Suite 200 |
| *Attorney for Plaintiff* | Las Vegas, NV 89145 |
| | Telephone:   (702) 385-2500 |
| | *Attorneys for Defendant* |
| | *Wade Exum, M.D.* |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant WADE EXUM, M.D. shall be dismissed, with prejudice, from the instant litigation in the United States District Court District of Nevada, Case No. 2:23-cv-00417-APG-DJA; and that each party shall bear its own attorney's fees and costs.

_____
CHIEF UNITED STATES DISTRICT JUDGE
DATED: January 15, 2025