Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar No. 320102
* Lisa C. Brunner
Assistant Federal Public Defender
Pennsylvania State Bar No. 318543
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Alicia_Intriago@fd.org
Lisa_Brunner@fd.org

*Attorneys for Petitioner Richi Briones

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Richi Briones,<br><br>      Petitioner,<br><br>    v.<br><br>Dr. Exum, et al.,<br><br>      Respondents. | Case No. 2:23-cv-00417-APG-DJA<br><br>**Stipulation for Stay of Discovery** |

Pursuant to agreement with Jamie Hendrickson, from the Office of the Attorney General, on behalf of the Defendants of the Nevada Department of Corrections (NDOC Defendants), the parties agree to the following:

In exchange for Briones's agreement to stay all proceedings against the NDOC Defendants that are represented by the Attorney General,[1] including discovery, for six months from today's date March 24, 2025, NDOC Defendants agree to provide Briones with the following treatment:

1. Briones will obtain an updated MRI of his brain for purposes of assessing the growth, if any, of the arachnoid cyst, based upon comparison of the new scan with prior scans of his brain and actual measurements of the arachnoid cyst. Counsel for Briones will provide the scans on a CD or flashdrive to the neurologist;

2. Briones will join the Chronic Care Program at High Desert State Prison and receive regular blood tests to check his seizure medication, liver enzymes, and A1C levels;

3. Briones will have an EKG to assess whether he is having seizures, the type of seizures he may be having, and to determine the best medication treatment;

4. Given that Sunrise Hospital determined that Briones had developed Tegretol toxicity and Vimpat is not on the formulary, a neurologist of NDOC's choosing will assess whether he should continue receiving Tegretol and/or Vimpat or if there exists a more appropriate medication that would treat his seizures;

5. An outside psychiatrist will evaluate Briones to determine whether a change in his medication, dosage, or manner in which he takes the medication is needed, and this determination will be based upon a consultation with Briones *and* a review of Briones's NDOC mental health records and prior mental health records. Counsel for Briones will provide these records on a CD or flahsdrive to NDOC's Counsel.

---

[1] This stipulation and stay applies only to the NDOC Defendants. It does not apply to those parties that are not represented by the Attorney General.

6. Briones understands that some of these services will need to be conducted by outside providers. Counsel for NDOC shall advise counsel for Briones of the scheduled appointments as soon as practicable, but not later than the day of the appointment.

7. Should any of these providers fail in their obligation to fully treat Briones, by, including but not limited to, failing to review his prior medical and/or mental health history, as appropriate, or failing to afford him the same level of concern, respect, and human dignity as any other patient, Briones reserves the right to Motion this Court to lift this Stay and resume litigation.

8. Briones also reserves the right to get a second opinion to confirm the NDOC providers' assessments and/or recommendations in the situation where the provider chooses not to alter existing treatment of Briones's various medical and mental health conditions.

Dated March 24, 2025

| | |
|---|---|
| Aaron D. Ford<br>Attorney General | Rene L. Valladares<br>Federal Public Defender |
| */s/ Jamie S. Hendrickson*<br>Jamie S. Hendrickson<br>Senior Deputy Attorney General | */s/ Alicia R. Intriago*<br>Alicia R. Intriago<br>Assistant Federal Public Defender |
| | */s/ Lisa Brunner*<br>Lisa Brunner<br>Assistant Federal Public Defender |

**IT IS SO ORDERED**.

DATED: 3/28/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3