UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHI ORLANDO BRIONES,<br><br>   Plaintiff<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>   Defendants | Case No.: 2:23-cv-00417-APG-DJA<br><br>**Order Denying Motion to Dismiss Conflict of Interest as Moot**<br><br>[ECF No. 73] |

   Plaintiff Richi Briones moves to dismiss his motion (ECF No. 70) regarding a conflict of interest with his counsel. ECF No. 73.  I deny Briones' motion as moot because Magistrate Judge Albregts already denied and struck the motion to dismiss regarding a conflict of interest. ECF No. 72.

   I THEREFORE ORDER that plaintiff Richi Briones' motion to dismiss **(ECF No. 73) is DENIED as moot**.

   DATED this 6th day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE