UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RICHI ORLANDO BRIONES,

        Plaintiff,

   v.

JAMES DZURENDA, *et al.*

        Defendants.

Case No. 2:23-cv-00417-APG-DJA

**ORDER TO PRODUCE
RICHI ORLANDO BRIONES # 1221887**

TO:    WARDEN, HIGH DESERT STATE PRISON;
           UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
           AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **RICHI ORLANDO BRIONES, #1221887**, is presently in custody of the Warden, High Desert State Prison, 22010 Cold Creek Road, Indian Springs, Nevada 89018.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **RICHI ORLANDO BRIONES, #1221887**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about **November 5, 2025**, at the hour of **2:00 p.m.**, in LV Courtroom 3A to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **RICHI ORLANDO BRIONES, #1221887**, is released and discharged by the said Court; and that **RICHI ORLANDO BRIONES, #1221887**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, 22010 Cold Creek Road, Indian Springs, Nevada 89018, under safe and secure conduct.

**DATED** this 29th day of October 2025.

**DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE**