**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RICHI ORLANDO BRIONES,

    Plaintiff

v.

JAMES DZURENDA, et al.,

    Defendants

Case No.: 2:23-cv-00417-APG-DJA

**Order Granting in Part Motion to Extend Time**

[ECF No. 101]

I ORDER that the defendants' motion to extend time **(ECF No. 101) is GRANTED in part**. The defendants' oppositions to the plaintiff's motions for injunctive relief (ECF Nos. 94 & 95) are due May 8, 2026.  The plaintiff's replies are due May 15, 2026.

DATED this 28th day of April, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE