Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania Bar #332919
*Sylvia Irvin
Assistant Federal Public Defender
CA Bar No. 230302; FL Bar No. 15379
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org
Sylvia_Irvin@fd.org

*Attorneys for Petitioner Richi Briones

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Richi Orlando Briones,<br><br>Plaintiff,<br><br>v.<br><br>James Dzurenda, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-00417-APG-DJA<br><br>**First Stipulation to Extend Time to File Joint Status Report** |

On June 3, 2026, this Court ordered the Parties file a Joint Status Report by July 21, 2026, to confirm each side's compliance with the June 3, 2026 order. ECF No. 113 at 18. Having conferred, the Parties agree that a brief extension is needed to file the Joint Status Report.

This request is not filed for the purpose of delay, but in the interests of justice and in the interests of Mr. Briones. Both counsel want to ensure this Court has the most accurate information about the status of Mr. Briones's recent mental health evaluations, any recommended course of treatment, and any additional psychiatric reports.

Before filing this Stipulation, undersigned counsel for the Parties conferred via email, and agreed to a brief extension.

Based on the foregoing and for good cause appearing, the Parties respectfully request that the Court approve their Stipulation and extend the deadline for filing the Joint Status Report to Monday, July 27, 2026.

Dated July 21, 2026.

Aaron D. Ford
Attorney General

*/s/ Samuel L. Pezone*
Samuel L. Pezone
Deputy Attorney General

Rene L. Valladares
Federal Public Defender

*/s/ Sylvia Irvin*
Sylvia Irvin
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: July 22, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE