UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

Richi Orlando Briones,

Plaintiff,

v.

James Dzurenda, et al.,

Defendants.

Case No. 2:23-cv-00417-APG-DJA

**ORDER SCHEDULING STATUS HEARING**

The parties stipulated to participate in a Status Hearing. (ECF No. 133). Accordingly, a Status Hearing is hereby scheduled for **Monday, October 5, 2026, at 10:00 a.m.** before the Honorable Magistrate Judge Daniel J. Albregts**.** The hearing will be conducted **remotely by video conference.** An email containing a link to attend will be provided to the parties prior to the conference. **Plaintiff is in custody at the High Desert State Prison, and the Court has arranged for him to appear through video conference**. High Desert State Prison shall allow Mr. Briones to appear remotely for the Status Hearing at that date and time.

**IT IS SO ORDERED.**

DATED: September 24, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE